IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MARY PIERCE, | 3:15-cv-00325-AC |
|       Plaintiff, | ORDER |
| v. | |
| CAROLYN W. COLVIN, Commissioner,<br>Social Security Administration, | |
|       Defendant. | |

**BROWN, Judge.**

    Magistrate Judge John V. Acosta issued Findings and Recommendation (#32) on September 6, 2016, in which he recommends this Court reverse the decision of the Commissioner and remand this matter for further proceedings.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  See *Dawson v. Marshall*,

1 - ORDER

561 F.3d 930, 932 (9th Cir. 2009). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#32). Accordingly, the Court **REVERSES** the Commissioner's decision and **REMANDS** this matter pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Findings and Recommendation.

IT IS SO ORDERED.

DATED this 26th day of September, 2016.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge

2 - ORDER